UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEGALOMEDIA, INC., *et al.*, § § *Plaintiffs*, § § V. § § Civil Action No. 4:20-cv-01644 PHILADELPHIA INDEMNITY § INSURANCE COMPANY, § § *Defendant*. § | |

## NOTICE OF APPEAL

Plaintiffs Megalomedia, Inc., Megalomedia Studios, LLC, Mansfield Films, LLC, and DBA Holdings, LLC (together, "Megalomedia") give notice of their intent to appeal the Final Judgment in the above-styled and numbered case (Dkt. #127), which was entered on or about October 20, 2023, to the United States Court of Appeals for the Fifth Circuit. A true and correct copy of this Court's Final Judgment is attached hereto as Exhibit A.

Respectfully submitted,

By:   /s/Santosh Aravind
Steve McConnico (attorney-in-charge)
smcconnico@scottdoug.com
Texas Bar No. 13450300
S.D. Texas No. 2879
Santosh Aravind
saravind@scottdoug.com
Texas Bar No. 24095052
S.D. Texas No. 2887372
Anthony Arguijo
aarguijo@scottdoug.com
Texas Bar No. 24079781
S.D. Texas No. 2147699
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
(512) 495-6300
(512) 495-6399 Fax

ATTORNEYS FOR MEGALOMEDIA

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record by ECF on November 17, 2023:

Stephen A. Melendi
Matthew Rigney
Grant Martin
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
stephenm@tbmmlaw.com
mattr@tbmmlaw.com
GrantM@tbmmlaw.com

ATTORNEYS FOR DEFENDANT
PHILADELPHIA INSURANCE CO.

/s/Santosh Aravind
Santosh Aravind

2