# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 12, 2024

Mr. Santosh Shankaran Aravind
Scott, Douglass & McConnico, L.L.P.
303 Colorado Street
Suite 2400
Austin, TX 78701

Mr. Stephen Andrew Melendi
Tollefson, Bradley, Mitchell & Melendi, L.L.P.
2811 McKinney Avenue
Suite 250
Dallas, TX 75204-0000

    No. 23-20570   Megalomedia v. Philadelphia Indemnity
                         USDC No. 4:20-CV-1644

Dear Counsel:

    The claimed basis of jurisdiction over this case is diversity of citizenship. This court has repeatedly held that the citizenship of an LLC is determined by the citizenship of each member of that LLC. *See, e.g., Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008); *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017); *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019); *Acadian Diagnostic Lab'ys, L.L.C. v. Quality Toxicology, L.L.C.*, 965 F.3d 404, 408 n.1 (5th Cir. 2020). Evidence of each LLC's membership must be in the record; it cannot be overlooked or stipulated. *See, e.g., J.A. Masters Investments v. Beltramini*, 2024 WL 4115280 (5th Cir. Sept. 9, 2024).

    Here, however, the complaints alleged only where the LLC parties were "doing business" and had their "principal place of business," not the citizenship of the LLCs' members. These defective jurisdictional allegations may be amended on appeal only

if there is record evidence establishing those jurisdictional facts. *MidCap*, 929 F.3d at 314. Because this case proceeded to trial, those facts must be "supported adequately by the evidence adduced at trial." *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992) (citation omitted).

The parties are therefore directed to file one or more letter briefs, due by September 18, 2024, identifying evidence already in the record to establish the LLC parties' citizenship. If such evidence does not exist in the record, the case will be remanded to the district court for jurisdictional discovery.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Mr. Anthony Frank Arguijo
    Mr. Charles Thomas Frazier Jr.
    Mr. Grant Perry Martin
    Mr. Stephen E. McConnico
    Mr. Matthew Rigney
    Ms. Jane Webre