

Anthony Arguijo
Direct Dial: 512.495.6334
aarguijo@scottdoug.com

September 18, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

In Re: No. 23-20570     Megalomedia v. Philadelphia Indemnity
                                 USDC No. 4:20-CV-1644

Dear Mr. Cayce:

      Appellants Megalomedia, Inc.; Megalomedia Studios, LLC; Mansfield Films, LLC; and DBA Holdings, LLC and Appellee Philadelphia Indemnity Insurance Company jointly file this letter brief pursuant to the panel's September 12, 2024 directive that the parties identify evidence already in the record to establish the LLC parties' citizenship.

      The citizenship of an LLC is determined by the citizenship of each of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). After a search of the record by counsel for the parties, the record does not appear to reflect either the identity or citizenship (or domicile) of the members of the LLC parties. The citizenship of the parties was not disputed. As such, none of the parties presented evidence to establish the LLC parties' citizenship. The panel's directive instructs that if such evidence does not exist in the record, the case will be remanded to the district court for jurisdictional discovery.

4866-2489-9302

The parties will promptly submit the required evidence on remand to resolve this issue.

Sincerely,

Anthony Arguijo
Counsel for Appellants

AA:map

Agreed:

/s/ Matthew Rigney
Counsel for Appellee

cc: Stephen A. Melendi, stephenm@tbmmlaw.com
Matthew Rigney, mattr@tbmmlaw.com
Grant Martin, GrantM@tbmmlaw.com
Charles T. Frazier, Jr., cfrazier@adjtlaw.com
Santosh Aravind
Christy Collins