# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20570   Megalomedia v. Philadelphia Indemnity
                   USDC No. 4:20-CV-1644

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Santosh Shankaran Aravind
Mr. Anthony Frank Arguijo
Mr. Charles Thomas Frazier Jr.
Mr. Grant Perry Martin
Mr. Stephen E. McConnico
Mr. Stephen Andrew Melendi
Mr. Nathan Ochsner
Mr. Matthew Rigney
Ms. Jane Webre