Case 4:20-cv-01644   Document 164   Filed on 06/06/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEGALOMEDIA, INC., et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01644 |
| | § | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § | |
| | § | |
| Defendant. | § | |

## SUPPLEMENTAL FINDINGS OF FACT

This matter was tried to this Court in early 2023, and Plaintiffs appealed the final judgment to the Fifth Circuit. In September 2024, after the appeal was fully briefed, the Fifth Circuit remanded the case for the purpose of conducting jurisdictional discovery. ECF No. 140. The remand order states that the Fifth Circuit panel assigned to the appeal "will retain jurisdiction pending any further appeal." *Id.* at 3.

After considering Plaintiffs' Supplemental Complaint, Defendant's Answer, and the Parties' Joint Stipulation of Facts, the Court makes the following findings of fact:

1. Plaintiff Megalomedia, Inc. is a citizen of Texas. It is a corporation incorporated under the laws of Texas with its principal place of business in Travis County, Texas. (Nowzaradan Decl. ¶ 1, ECF No. 161; Joint Stip. ¶ 1, ECF No. 162.)

2. Plaintiff Megalomedia Studios, LLC is a citizen of Texas. It is a Texas limited liability company whose sole member is Jonathan Nowzaradan, an individual domiciled and residing in Texas. (Nowzaradan Decl. ¶ 2; Joint Stip. ¶ 2.)

3. Plaintiff Mansfield Films, LLC is a citizen of Texas. It is a Texas limited liability company whose sole member is DBA Holdings, LLC, a Texas limited liability company whose sole member

is Jonathan Nowzaradan, an individual domiciled and residing in Texas. (Nowzaradan Decl. ¶ 3; Joint Stip. ¶ 3.)

4. Plaintiff DBA Holdings, LLC is a citizen of Texas. It is a Texas limited liability company whose sole member is Jonathan Nowzaradan, an individual domiciled and residing in Texas. (Nowzaradan Decl. ¶ 4; Joint Stip. ¶ 4.)

5. Defendant Philadelphia Indemnity Insurance Company is a citizen of Pennsylvania. It is a corporation incorporated under the laws of Pennsylvania with its principal place of business in Pennsylvania. (Nowzaradan Decl. ¶ 5; Joint Stip. ¶ 5.)

6. Because all Plaintiffs are citizens of Texas and Defendant is a citizen of Pennsylvania, there is complete diversity of the Parties.

7. The amount in controversy exceeds $75,000.

8. Therefore, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

IT IS SO ORDERED.

6/6/25
Date

The Honorable Alfred H. Bennett
United States District Judge