# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


September 30, 2026

Mr. Charles Thomas Frazier Jr.
Alexander Dubose & Jefferson, L.L.P.
8144 Walnut Hill Lane
Dallas, TX 75231-4388

Mr. Grant Perry Martin
Tollefson, Bradley, Mitchell & Melendi, L.L.P.
2811 McKinney Avenue
Dallas, TX 75204-0000

Mr. Stephen Andrew Melendi
Tollefson, Bradley, Mitchell & Melendi, L.L.P.
2811 McKinney Avenue
Suite 250
Dallas, TX 75204-0000

Mr. Matthew Rigney
Tollefson, Bradley, Mitchell & Melendi, L.L.P.
2811 McKinney Avenue
Suite 250W
Dallas, TX 75204-0000

No. 23-20570 Megalomedia v. Philadelphia Indemnity
USDC No. 4:20-CV-1644

Dear Counsel:

This letter is to advise the parties that the court has requested a response to the Appellants' Petition for rehearing en banc to be filed in this office on or before 10/13/26.

Sincerely,

LYLE W. CAYCE, Clerk

By: Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
Mr. Chad Flores